IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01437-BNB

DARREN K. CHANDLER,
Plaintiff,

v.

GOVERNOR BILL RITTER,
ARISTEDES ZAVARAS, Exec. Dir. CDOC,
GEORGE DUNBAR, Warden BVCF,
TERI BARTRUFF, Assoc. Warden BVCF,
LT. BARBARA HOLMES, Volunteer Svcs., and
DARYL PROFITT, Regional Volunteer Svcs.,
Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

Plaintiff Darren K. Chandler is a prisoner in the custody of the Colorado Department of Corrections at the Buena Vista Correctional Facility at Buena Vista, Colorado. Mr. Chandler initiated this action by filing *pro se* a Prisoner Complaint. On August 28, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Chandler to file an amended complaint to allege personal participation by each named Defendant. On September 17, 2008, Mr. Chandler filed a "Motion to Dismiss and Quit, Pursuant to F.R.C.P. Rule 9(a)" in which he asks the Court to dismiss the instant action

The Court must construe the motion liberally because Mr. Chandler is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See **Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Dismiss and Quit, Pursuant to F.R.C.P. Rule 9(a)" filed on September 17, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of September 17, 2008, the date the notice was filed in this action.

DATED at Denver, Colorado, this 24 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01437-BNB

Darren K. Chandler
Prisoner No. 59346
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/26/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk